| | |
|---|---|
| 1  GARY M. RESTAINO<br>   United States Attorney<br>2  District of Arizona<br>   CRAIG H. RUSSELL<br>3  Assistant U.S. Attorney<br>   United States Courthouse<br>4  405 W. Congress Street, Suite 4800<br>   Tucson, Arizona 85701<br>5  Telephone: 520-620-7300<br>   Email: craig.russell@usdoj.gov<br>6  Attorneys for Plaintiff | FILED<br><br>2023 FEB -2  PM 2: 21<br><br>CLERK US DISTRICT COURT<br>   DISTRICT OF ARIZONA<br><br>CR23-00124 TUC-SHR(JR) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>    vs.<br><br>■■■■■■■■■■■■■■■■■<br><br>2.  Gerardo Bernal-Mazon,<br>    (Counts 1, 2, 3, 6)<br><br>3.  Ashley Bernal,<br>    (Counts 1, 2, 3, 12, 13)<br><br>■■■■■■■■■■■■■■■■■<br><br>■■■■■■■■■■■■■■■■■<br><br>6.  Juan Murillo,<br>    (Counts 1, 6)<br><br>7.  Jessica Yesenia Valenzuela,<br>    (Counts 1, 7)<br><br>8.  Lilian Sugey Siegfried,<br>    (Counts 1, 7)<br><br>9.  Delyanira Lovio,<br>    (Counts 1, 8, 9, 10, 11)<br><br>        Defendants. | I N D I C T M E N T<br><br>(UNDER SEAL)<br><br>Violations:<br><br>21 U.S.C. § 846<br>(Conspiracy to Distribute Fentanyl,<br>  Cocaine, and Heroin)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)(ii)<br>(Possession with Intent to Distribute<br>Fentanyl)<br>Counts 2, 3, 12<br><br>■■■■■■■■■■■■■■■■■<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)(ii)<br>(Possession with Intent to Distribute<br>Cocaine)<br>Counts 5, 6, 10<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)(i)<br>(Possession with Intent to Distribute<br>Heroin)<br>Count 7<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(i)<br>(Possession with Intent to Distribute<br>Heroin)<br>Count 8 |

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(A)
(Importation of Heroin)
Count 9

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(2)(B)(ii)
(Importation of Cocaine)
Count 11

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(2)(F)
(Importation of Fentanyl)
Count 13

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning at a time unknown, to on or about January 25, 2023, in the District of Arizona, ███████████████ GERARDO BERNAL-MAZON, ASHLEY BERNAL, ███████████████ JUAN MURILLO, JESSICA YESENIA VALENZUELA, LILIAN SUGEY SIEGRIED, and DELYANIRA LOVIO did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); 500 grams or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); and 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about January 20, 2022, in the District of Arizona, ███████████████ GERARDO BERNAL-MAZON and ASHLEY BERNAL did knowingly and intentionally

possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 3

On or about February 23, 2022, in the District of Arizona, JOSE RUELAS-SILLAS, GERARDO BERNAL-MAZON and ASHLEY BERNAL did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 6

On or about May 4, 2022, in the District of Arizona, GERARDO BERNAL-MAZON, ███ and JUAN MURILLO did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine,

*United States of America v.* ███
*Indictment Page 3 of 5*

a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

### COUNT 7

On or about May 16, 2022, in the District of Arizona, JESSICA YESENIA VALENZUELA and LILIAN SUGEY SIEGFRIED did knowingly and intentionally possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

### COUNT 8

On or about June 10, 2022, in the District of Arizona, DELYANIRA LOVIO did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 9

On or about June 10, 2022, in the District of Arizona, DELYANIRA LOVIO did knowingly and intentionally import into the United States from the Republic of Mexico 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A).

### COUNT 10

On or about June 10, 2022, in the District of Arizona, DELYANIRA LOVIO did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

### COUNT 11

On or about June 10, 2022, in the District of Arizona, DELYANIRA LOVIO did knowingly and intentionally import into the United States from the Republic of Mexico

500 grams or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii).

## COUNT 12

On or about July 8, 2022, in the District of Arizona, ASHLEY BERNAL did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 13

On or about July 8, 2022, in the District of Arizona, ASHLEY BERNAL did knowingly and intentionally import into the United States from the Republic of Mexico 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(F).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:   February 2, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
CRAIG H. RUSSELL
Assistant U.S. Attorney

*United States of America v.* ▉
*Indictment Page 5 of 5*